IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 12-013 |
| | ) | |
| DANIEL SLOAN BEAVERS. | ) | |

## FINAL ORDER OF FORFEITURE

AND NOW, this 11 day of March, 2013, upon consideration of the United States' Motion for Final Order of Forfeiture, it is hereby ORDERED that the Motion is GRANTED, and that:

One Western Digital Hard Drive, Serial Number WCAPW4047181 and One GTK Laptop seized from 670 Main Street, Apt. #3, Rimersburg, PA are hereby forfeited to the United States pursuant to 18 U.S.C. § 2253(a)(3) for disposition in accordance with federal law, free and clear of all right, title and interest of any person or entity, including, without limitation, Daniel Sloan Beavers.

_____
United States District Court